IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| | | Case No. 2:13-MJ-592 |
| VS. | : | |
| | | MAGISTRATE JUDGE KEMP |
| LUIS MOISES ADAME-MORALES | : | |
| Defendant. | : | |

O R D E R

Plaintiff has moved for leave to dismiss the complaint against the defendant.  The motion sets forth good cause for the dismissal and the motion (#9) is therefore granted.  As indicated in the motion, the motion shall serve as the notice of dismissal of the complaint against the defendant.

**s/ Terence P. Kemp**
MAGISTRATE JUDGE KEMP